IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENGE SAINBUYAN,<br><br>        Petitioner,<br><br>   v.<br><br>ERIC HOLDER, et al.,<br><br>        Respondents.<br>_____ / | No. C 11-00214 CRB<br><br>**BRIEFING SCHEDULE** |

On January 13, 2011 Petitioner filed an Application for Writ of Habeas Corpus and an Application for a Temporary Restraining Order. The Court understands that Petitioner is not in physical custody and is under no immediate threat of being detained and removed from the United States. Accordingly, the Court sets forth the following briefing schedule related to Petitioner's request for preliminary relief.[1]

- January 20, 2011: Any further briefing from Petitioner in support of her application for preliminary relief.
- January 25, 2011: Government's response.

The government is directed to include in its response its position on whether this Court has jurisdiction to entertain Petitioner's request for habeas relief. A hearing on this

//

---

[1] Petitioner shall serve a copy of the Petition for Habeas Corpus, the Application for a Temporary Restraining Order, and this Order on Respondents forthwith.

matter will be held on January 28, 2011 at 10:00 a.m. in Courtroom 8.

**IT IS SO ORDERED.**

Dated:  January 18, 2011

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE