TONY WEST
Assistant Attorney General
JOSHUA E.T. BRAUNSTEIN
Assistant Director
CRAIG A. DEFOE (IN 2707849)
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
Telephone: (202) 532-4114
Facsimile: (202) 305-7000
E-mail: Craig.Defoe@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SELENGE SAINBUYAN, *et al.* ) | No. C 11-00214 CRB |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | STIPULATION OF DISMISSAL |
| ) | |
| ERIC HOLDER, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

On January 25, 2011, United States Customs and Border Protection ("CBP") issued a Notice to Appear ("NTA") charging Petitioner Selenge Sainbuyan with inadmissibility. CBP served the NTA on Sainbuyan when she appeared for deferred inspection on January 25, 2011, and CBP will file the NTA with the immigration court. By doing so, CBP will commence removal proceedings against Sainbuyan before an immigration judge under 8 U.S.C. § 1229a. *See* 8 C.F.R. §§ 1003.14(a), 1239.1(a). The parties have also addressed the legal status of Sainbuyan's minor son, under relevant United States immigration law, in a mutually agreeable fashion.

Accordingly the parties agree that this case is moot, and the parties stipulate to dismissal of the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties agree to bear their own fees and costs.

| | |
|---|---|
| Dated: January 25, 2011 | Respectfully submitted,<br><br>TONY WEST<br>Assistant Attorney General<br><br>JOSHUA E.T. BRAUNSTEIN<br>Assistant Director |
| /s/ Frank P. Sprouls<br>FRANK P. SPROULS (SB# 166019)<br>LAW OFFICE OF RICCI & SPROULS<br>445 Washington Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-2100<br>Facsimile: (415) 391-4678<br><br>Attorney for Petitioner | /s/ Craig A. Defoe<br>CRAIG A. DEFOE<br>Trial Attorney<br>District Court Section<br>Office of Immigration Litigation<br>United States Department of Justice<br>Ben Franklin Station, P.O. Box 868<br>Washington, DC 20044<br>Telephone: (202) 532-4114<br>Facsimile: (202) 305-7000<br>E-mail: Craig.Defoe@usdoj.gov<br><br>Attorneys for Respondents |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:___January 26, 2011_____     _____
                                                                  United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

STIPULATION OF DISMISSAL
C 11-00214 CRB                              2